THE PEOPLE OF THE STATE OF NEW YORK, Respondents, *v.* LOUIS VALLE, Appellant.

Argued October 13, 1943; decided December 8, 1943.

*Elvin N. Edwards* and *Joseph Lonardo* for appellant.

*Edward J. Neary, District Attorney (Philip Huntington* of counsel), for respondent.

Judgment of conviction [of murder in the first degree] affirmed. Appeal from judgment of conviction of murder in the second degree dismissed. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.